UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Teresa Hickman**                      Docket No. 7:25-CR-3-D

### Petition for Action on Supervised Release

COMES NOW Korey A. Cross, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Teresa Hickman, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute, and to Distribute, Controlled Substances (Alprazolam), in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(E)(iii)(2), was sentenced in the Southern District of Georgia by the Honorable Lisa Godbey Wood, United States District Judge, on August 30, 2022, to the custody of the Bureau of Prisons for a term of 38 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Teresa Hickman was released from custody on June 28, 2024, at which time the term of supervised release commenced.

On January 3, 2025, transfer of jurisdiction was accepted, and the case was reassigned to the Honorable James C. Dever III.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As a condition of the original Judgment and Commitment, the defendant was ordered to pay a fine in the amount of $1,000. The defendant was to make payments in the amount of $40 per month over a period of 25 months. To date, she has paid $250, leaving a remaining balance of $750. This also leaves her $310 in arrears. The defendant was admonished for failing to make payments as directed, and she signed a new payment agreement agreeing to pay $50 per month.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall pay the balance of the fine still owed in installments of $50 per month beginning December 1, 2025.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Korey A. Cross<br>Korey A. Cross<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-4290<br>Phone: 910-679-2051<br>Executed On: November 20, 2025 |

Teresa Hickman
Docket No. 7:25-CR-3-D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __21__ day of __November__, 2025, and ordered filed and made a part of the records in the above case.

/s/ J. Dever
James C. Dever III
United States District Judge